NUMBER 13-00-102-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



DELORIS ASHLEY, Appellant, 



v. 



PAUL C. PEARSON III AND VAN HUSEMAN, 

INDEPENDENT EXECUTORS OF THE ESTATE 

OF DAVID YANCEY WHITE, DECEASED, Appellees. 

____________________________________________________________________ 



On appeal from the County Court at Law No. 4 

of Nueces County, Texas. 

____________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, DELORIS ASHLEY, perfected an appeal from a judgment entered
by the County Court at Law No. 4 of Nueces County, Texas,
in cause number 37-957-4A. No clerk's record has been filed due to
appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the
clerk's record. 

If the trial court clerk fails to file the clerk's record because the appellant failed
to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant was
entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). 

On March 17, 2000, notice was given to all parties that this appeal
was subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days
to explain why the cause should not be dismissed. To date, no response has been received
from appellant. Appellees have filed a motion to dismiss the appeal for want of
prosecution. 

The Court, having examined and fully considered the documents on file, appellant's
failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's
record, this Court's notice, appellant's failure to respond, and appellees' motion to
dismiss the appeal, is of the opinion that the appeal should be dismissed for want of
prosecution. Appellees' motion to dismiss the appeal for want of prosecution is GRANTED,
and the appeal is hereby DISMISSED FOR WANT OF PROSECUTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed 

this the 20th day of April, 2000